COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00197-CV |
| Style: | Leticia B. Loya v. Miguel Loya, Vitol, Inc., Michael Metz, and Antonio "Tony" Maarraoul |
| Date motion filed*: | January 29, 2018 |
| Type of motion: | Motion for extension of time to file motions for rehearing and en banc reconsideration |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated?

If motion to extend time:

| | |
|---|---|
| Original due date: | December 24, 2016 |
| Number of previous extensions granted: | 0          Current Due date: |
| Date Requested: | Fifteen days |

Ordered that motion is:

☐          Granted

If document is to be filed, document due:

☐          Denied

☑          Dismissed (*e.g.*, want of jurisdiction, moot)

☐          Other: _____

**Our judgment in this case issued on November 29, 2016, and our mandate issued on February 10, 2017. Our plenary power has expired. *See* TEX. R. APP. P. 19.1. A motion for rehearing or motion for en banc reconsideration may be filed within fifteen days after the court of appeals' judgment is rendered. *See* TEX. R. APP. P. 49.1. A court of appeals may extend the time to file a motion for rehearing or a motion for en banc reconsideration if the motion in proper form is filed no later than fifteen days from the last date for filing the motion. *See* TEX. R. APP. P. 49.8. A motion for rehearing or motion for en banc reconsideration filed after a court of appeals' plenary power has expired does not revest the court with jurisdiction to reconsider the case. *See Perez v. State*, No. 01-10-00243-CR, 2011 WL 2923874, at *1 (Tex. App.—Houston [1st Dist.] July 21, 2011, pet. ref'd) (mem. op., not designated for publication); *see also* TEX. R. APP. P. 19.3. Accordingly, appellant's motion for extension of time to file motions for rehearing and en banc reconsideration is dismissed for want of jurisdiction.**

Judge's signature:   /s/ Terry Jennings
                                ☑ Acting individually       ☐ Acting for the Court

Panel consists of   _____

Date: February 6, 2018

November 7, 2008 Revision